# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.3:16-CR-002 |
| -VS- | JUDGE: |
| REBEKAH FAIRCHILD | NOTICE OF APPEARANCE |

Now comes Michael R. Booher, who hereby enters his appearance as attorney for Rebekah Fairchild, the Defendant herein.

Respectfully submitted,

*/s/ Michael R. Booher*_____
Michael R. Booher
Attorney for Defendant
Atty. Reg. # 0007694
120 West Second St.
Suite 1504
Dayton, Ohio 45402
PH: (937) 620-0749
FAX: (937) 221-8480
michaelbooherattorney@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was served upon the office of the United States Attorney, the date of filing hereof by electronic filing.

*/s/ Michael R. Booher*___
Michael R. Booher