United States District Court
Southern District of Ohio

### Related Case Memorandum
### Criminal Cases

TO: District Judge Walter H. Rice, and District Judge Thomas M. Rose

FROM: Phil Butler, Case Administrator

DATE: 1-7-16

SUBJECT: Case Caption: USA v. Rebekah Fairchild

CASE: Case Number: 3:16-cr-2

DISTRICT JUDGE: Walter H. Rice

File Date: 1/6/16

---

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **USA v. William M. Apostelos**

Case Number: **3:15-cr-148**    District Judge: **Thomas M. Rose**

File Date: **10/29/2015**    Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:    District Judge:

File Date:    Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   **Phil Butler**
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge  Rose

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

cc:  Courtroom Deputies

*Revised 9/14/2012*