**PLEA INFORMATION**      Date: **2/19/16**

CASE CAPTION:   **USA v. Rebekah Fairchild**     CASE NUMBER:  **3:16-cr-02**

Pltfs Attorney: **Brent Tabacchi / Alex Sistla**     Defts. Attorney:  **Michael Booher**

| | |
|---|---|
| **X** | Defendant appeared with counsel. |
| | Interpreter____appeared and sworn. |
| | Defendant's right to Grand Jury consideration and Indictment explained and Defendant stated he understood this right. |
| **X** | Defendant waived right to Indictment and signed waiver of indictment form. |
| | Waiver of Indictment form signed by Defendant and Defendant Counsel which was read and translated to Defendant in open Court. |
| | Defendant waived reading of Information and defects in service. |
| **X** | Defendant's constitutional rights explained and Defendant stated his understood rights. |
| **X** | Defendant waived constitutional rights. |
| **X** | Defendant sentencing guidelines range discussed and Defendant stated he understood possible sentence. |
| **X** | Guidelines levels stated as Level **24 / I**. |
| **X** | Plea agreement **stipulated to, each page initialed, and document signed by both counsel and the defendant**. |
| **X** | Statement of Facts read into record by **AUSA**. |
| **X** | Defendant acknowledged accuracy of Statement of Fact. |
| **X** | Defendant entered a pleas of **guilty** to Count(s) **1**. |
| **X** | Pleas accepted and made a permanent part of the record. |
| **X** | Defendant referred to Probation Department for Pre-sentence Investigation (PSI). |
| **X** | Conditions of Bond:  **Bond granted Defendant to report to Pretrial Services** |
| **X** | Other:   **Sentencing set for Friday, May 20, 2016 at 10:30 am** |

COURT REPORTER:   **Leslie Foley**          CONVENE:  **3:03 pm**

DEPUTY CLERK:   **Liz Penski**           RECESS: **3:58 pm**