UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Case No.: 3:16CR02TMR |
| | : |
| **Plaintiff,** | : **MOTION TO EXTEND DUE DATE FOR** |
| | : **FINAL PRESENTENCE INVESTIGATION** |
| **vs.** | : **REPORT** |
| | : |
| **REBEKAH FAIRCHILD,** | : |
| | : |
| **Defendant.** | : |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Southern District of Ohio, hereby moves the Court to extend the time within which the United States Probation Office ("Probation Office") must submit its Final Presentence Investigation Report ("Final PSR") in this matter. The final PSR is currently due on or about May 6, 2016.

Good cause exists for this motion. The defendant has lodged multiple objections to the Initial PSR. To provide the Probation Office and the parties with adequate time to address these objections, the United States requests that the Court grant another sixty (60) days, up to and including July 1, 2016, within which the Final PSR must be completed.

//

//

//

//

//

Accordingly, the United States requests that the Court grant this motion to extend the due date for the Final PSR until July 1, 2016.

DATED: May 2, 2016                    Respectfully submitted,

                                      BENJAMIN C. GLASSMAN
                                      ACTING UNITED STATES ATTORNEY

                                        s/ Brent Tabacchi
                                        BRENT G. TABACCHI (6276029 IL)
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff
                                        602 Federal Building
                                        200 West Second Street
                                        Dayton, OH   45402
                                        Telephone: (937) 225-2910
                                        Fax: (937) 225-2564
                                        brent.tabacchi@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that, on May 2, 2016, a copy of the foregoing was served on defendant's counsel via the Court's ECF system.

                                        s/Brent G. Tabacchi
                                        BRENT G. TABACCHI
                                        Assistant United States Attorney