UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No.: 3:16CR2TMR |
| | : | |
| **Plaintiff,** | : | **MOTION TO CONTINUE SENTENCING** |
| | : | **HEARING** |
| **vs.** | : | |
| | : | |
| **REBEKAH FAIRCHILD,** | : | |
| | : | |
| **Defendant.** | : | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Southern District of Ohio, hereby moves the Court to continue the sentencing currently scheduled for May 17, 2017 at 1:30 p.m. In particular, the United States requires additional time to prepare for this matter.  The United States therefore respectfully requests that the Court grant this motion and reset this matter at its earliest convenience.

DATED: May 2, 2017                Respectfully submitted,

                                 BENJAMIN C. GLASSMAN
                                 ACTING UNITED STATES ATTORNEY

                                 s/ Brent Tabacchi
                                 BRENT G. TABACCHI (6276029 IL)
                                 Assistant United States Attorney
                                 Attorneys for Plaintiff
                                 602 Federal Building
                                 200 West Second Street
                                 Dayton, OH   45402
                                 brent.tabacchi@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that, on May 2, 2017, a copy of the foregoing was served on defendant's counsel via the Court's ECF system.

s/Brent G. Tabacchi

BRENT G. TABACCHI
Assistant United States
Attorney